Chester v. Chester.

issued.    That a motion at a special term, to dismiss an appeal from a verdict, is illegal if a jury trial on the appeal be demanded.    *Har. Comp.* 129, *Ib.* 5.    The act of 1820, *Rev. L.* 797— is supplied by that in *Harr. Comp.* 5.

*Hamilton,* contra.    Contended that the practice of the Courts in Hunterdon has been conformable to their decision in this case.

HORNBLOWER, C. J.    The appeal if regular, supersedes the verdict; and the plaintiff must proceed and prove his right of action.

As to the power of the Court to dismiss an appeal, at a special term, when a jury trial is demanded, it has been decided otherwise.

FORD J. concurs.

RYERSON J.    At a special term, no jury trial can be had, notwithstanding any rule to the contrary.

*Rule to shew cause, granted.*

NOTE.—The rule was argued at February term 1838, and then made absolute.    Vide the report, *post.*

---

### CHESTER v. CHESTER.

Matter of Practice.

*A. Browning* applied for a rule that the plaintiff have leave to enter a waiver of bail, upon the sheriff's return upon the *capias,* that the defendant upon his arrest, gave bond to appear, and apply for the benefit of the insolvent laws of this state &c.

*Rule granted.*